**Fill in this information to identify the case:**

Debtor 1 : Fatima Ghazian

Debtor 2 :
(Spouse, if filing)

United States Bankruptcy Court for the: District of: Massachusetts

Case number: 22-10181

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges

12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of Creditor:** Deutsche Bank National Trust Company, As Trustee For Carrington Mortgage Loan Trust Series 2005-Nc5 Asset Backed Pass-Through Certificates

**Court Claim No. (if known):** 6

**Last 4 digits** of any number you use to identify the debtor's account: 4581

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[X] No

[ ] Yes. Date of the last notice:

**Part 1: Itemize Postpetition Fees, Expense, and Charges**

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.**

| | Description | Dates Incurred | | Amount |
|---|---|---|---|---|
| 1. | Late Charges | | (1) | $ |
| 2. | Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. | Attorney fees | 11/11/2025 | (3) | $ 1350.00 |
| 4. | Filing fees and court costs | | (4) | $ |
| 5. | Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. | Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. | Property inspection fees | | (7) | $ |
| 8. | Tax advances (non-escrow) | | (8) | $ |
| 9. | Insurance advances (non-escrow) | | (9) | $ |
| 10. | Property preservation expenses. Specify: | | (10) | $ |
| 11. | Other. Specify. MFR Filing Fee | 11/11/2025 | (11) | $ 199.00 |
| 12. | Other. Specify. | | (12) | $ |
| 13. | Other. Specify. | | (13) | $ |
| 14. | Other. Specify. | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 Fatima Ghazian Case Number (if known) 22-10181

**Part 2:** **Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

[ ] I am the creditor.

[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

*x* /s/ Shakyra Hopkins
Signature

Date: 02/09/2026
MM/ DD / YYYY

Print: Shakyra Hopkins
First Name Middle Name Last Name

Title: Authorized Agent

Company: Liepold, Harrison & Associates, PLLC

Address: 370 W. Las Colinas Blvd., Suite 220
Number Street

Irving TX 75039
City State ZIP Code

Contact Phone: 800-349-1254

Email: PCNInquiries@lha-law.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

***In Re:*** **Case No.** 22-10181

Fatima Ghazian

**Debtor(s)** **Chapter 13**

## CERTIFICATE OF SERVICE

I hereby certify that on 02/09/2026, a true and correct copy of the foregoing was served upon all interested parties to the Court's CM/ECF system and/or First Class U.S. Mail.

/s/ Shakyra Hopkins

Shakyra Hopkins
Liepold, Harrison & Associates, PLLC
370 W. Las Colinas Blvd., Suite 220
Irving, TX 75039

***Debtor***

Fatima Ghazian
211 Church Street
Milton, MA 02186

***Debtor's Counsel***

Steven R. Striffler
Law Office of Steven R. Striffler
21 McGrath Highway, Suite 301
Quincy, MA 02169

***Trustee***

Carolyn Bankowski-13-12
Chapter 13-12 Trustee Boston
P. O. Box 8250
Boston, MA 02114

***Assistant U.S. Trustee***

Richard King - B
Office of the US Trustee
J.W. McCormack Post Office & Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

# ICE Invoicing Invoice Detail

IP ADMIN Carrington Mortgage Services, LLC / Tawakoni Hill

Home | eMessages | Process | Reports | Search | Loan Level | Admin | Help | Logoff

Loan#: Go

User has Read-Only access to this invoice

Approve | Resolve | Route | eMessages | P-Notes | Receipts | Print | Create eMessage | Curtailment Threshold

111 of 112 | << >>

| | | | | |
|---|---|---|---|---|
| Vendor | Korde & Associates, P. C. | **Regarding:** | Invoice Number: | **MAK0326314** |
| Address: | PO BOX 775426 | HOOMAN GHAZIAN | Invoice Status: | Check Confirmed (Exc) |
| | chicago, IL 60677-5426 | 211 CHURCH STREET | Loan No.: | [redacted] |
| Payee Code: | 11339 | MILTON, MA 02186 | Acquisition Date: | |
| Vendor Contact: | nctr DATA korde | | Loan Type: | Conventional |
| Vendor Ref #: | 20-037666 | | Asset No.: | |
| Servicer: | Carrington Mortgage Services, LLC | | REO Loan Status: | N/A |
| Inv. ID / Cat. ID | **00267/00100** | **Investor Loan #:** [redacted] | REO Loan Status Date: | N/A |
| Investor Name: | **CMLT 2005-NC5** | | **Referral Date:** | 11/3/2025 |
| Invoice ID: | 357795166 | | Loan Location: | |
| Class Code: | | | **BK Case No:** | 22-10181-JEB |
| Entity Code: | 0 | | **BK Chapter:** | 13 |
| GSE Code: | | | Submitted Date: | **11/13/2025** |
| GSE REO Rem. Code: | | | Vendor Invoice Date: | 11/12/2025 |
| HiType: | | | Paid In Full Date: | N/A |
| Litigation Status Code: | | | Foreclosure Removal Date: | N/A |
| Man Code: | | | MS Status: | N/A |
| | | | Relief Requested Date: | N/A |
| | | | Protection Begin Date: | N/A |
| | | | Protection End Date: | N/A |

**Original Mortgage Amount: $0.00**
**Principal Balance as of invoice create date: $329,971.33**
**Principal Balance as of today's date: $324,300.22**

## Bankruptcy - Bankruptcy Services

| Submitted | 1st Reviewed | Last Reviewed | Accepted | Approved | Chk Requested | Chk Confirmed | Days To Proc |
|---|---|---|---|---|---|---|---|
| 11/13/2025 | 01/09/2026 | 01/12/2026 | | 11/20/2025 | 11/20/2025 | 11/26/2025 | 8 |

Dept | Comments | Line Items | Exceptions | Edit Summary | Adj. Summary | Chronology | Quote | Service Request | Guideline | Invoice Mapping | History | Payments | Reconciliation

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Fees** | Total: | $1,350.00 | Invoicing Prev. Billed: | $4,800.00 | Exc. Loan Allow: | | Exc. Milestone | Exc Ord Allw: |
| **Costs** | Total: | $199.00 | Invoicing Prev. Billed: | $387.00 | Exc. Loan Allow: | | | Exc Ord Allw: |
| | | | | | Exc. Loan Total Fees/Costs Allow: | | | |
| **Totals** | **Inv Amt:** | **$1,549.00** | **Prev. Billed:** | **$5,187.00** | **Loan Total Fees/Costs Prev.Billed:** | **$22,847.42** | | **Exc Ord Allw:** |

### Fees

| A | B | I | C | Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | C | Attorney Fees | BK - Motion for Relief | | | 11/11/25 | 1 | $1,350.00 | $1,350.00 | $0.00 | $1,350.00 |

**Note:** Recoverable; CHAPTER 13 MFR FILED
**Exceptions:** Exceeds Life of Loan Total Allowable
**Service From Date:** 11/11/2025 **Service To Date:** 11/11/2025

**Total: $1,350.00 $0.00 $1,350.00**

### Costs

| A | B | I | C | Category | Subcategory | W/H | Aff. Ind. | Date | Qty | Price | Orig. Billed | Adjust | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | C | Filing Costs | Motion for Relief | | | 11/11/25 | 1 | $199.00 | $199.00 | $0.00 | $199.00 |

**Note:** Recoverable; motion for relief from stay
**Service From Date:** 11/11/2025 **Service To Date:** 11/11/2025

**Total: $199.00 $0.00 $199.00**
**Invoice Total: $1,549.00 $0.00 $1,549.00**