# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE<br>GHAZIAN, Fatima<br><br>                             Debtor(s) | Chapter 13<br>Case No. 22-10181-JEB |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF THE DEBTOR'S CHAPTER 13 PLAN**

Now comes Carolyn Bankowski, Standing Chapter 13 Trustee, and respectfully objects to the confirmation of the Debtor's Chapter 13 Plan (the "Plan"), and for reasons therefore says as follows:

1. The Debtor commenced this case by filing a petition on February 16, 2022.
2. On March 15, 2022, the Trustee presided over a 341 meeting of creditors and examined the Debtor.
3. On September 19, 2022, the Debtor filed the Plan. The Trustee cannot recommend the Plan for confirmation at this time.
4. In Part 1 of the Plan, the Debtor checked the "Included" box in Line 1.1 but there are no secured claims being modified under Part 3.B.1 of the Plan.
5. The Plan lists the sum of $91,016.94 as the total of prepetition arrears to be paid through the Plan under Part 3.A.(1)(b) but there is no secured arrearage claim listed in the Plan. This amount is also listed in Exhibit 1, Line a). However, Deutsche Bank National Trust Company/Carrington Mortgage filed a claim asserting arrears in the sum of $91,016.94 that is not treated in the Plan. The arrearage claim should be listed under Part 3.A.(1)(a).
6. The Plan provides for general unsecured claims in the sum of $12,986.59. However, the total of general unsecured claims filed in this case is $13,016.66. The Plan is not feasible.
7. The Plan proposes monthly plan payments of $1,739.00 over the remaining 55 months of the Plan. According to amended schedules I and J, the Debtor has projected disposable income of $2,031.24 which if devoted to the Plan the dividend to the general unsecured claims would increase significantly. The Plan fails to meet the best efforts test pursuant to 11 U.S.C. §1325(b)(1)(B).

**WHEREFORE** the Chapter 13 Trustee respectfully requests that the Court sustain her objection to confirmation, and for such other relief as is appropriate.

Dated: 9/28/22

                Respectfully submitted,

                By: /s/ Carolyn Bankowski
                Carolyn Bankowski, BBO#631056
                Patricia A. Remer, BBO#639594
                Standing Chapter 13 Trustee
                PO Box 8250
                Boston, MA  02114
                (617) 723-1313
                13trustee@ch13boston.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| IN RE<br>GHAZIAN, Fatima<br><br>　　　　　　　　　Debtor(s) | Chapter 13<br>Case No. 22-10181-JEB |
|---|---|

### Certificate of Service

The undersigned hereby certifies that on 9/28/22, a copy of the Trustee's Objection to Debtor's Chapter 13 Plan was served via first class mail, postage prepaid or by electronic notice on the debtor and debtor's counsel at the addresses set forth below.

Fatima Ghazian
211 Church Street
Milton, MA  02186

Robert Cabana, Esquire
1354 Hancock Street, Ste. 206
Quincy, MA  02169

　　　　　　　　　　　　　　　　　　　　　　　/s/ Carolyn Bankowski