UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 22-10181-JEB |
| Fatima Ghazian | Chapter 13 |

**OBJECTION OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR CARRINGTON MORTGAGE LOAN TRUST SERIES 2005-NC5 ASSET BACKED PASS-THROUGH CERTIFICATES TO DEBTOR'S AMENDED CHAPTER 13 PLAN**

Now comes Deutsche Bank National Trust Company, as Trustee for Carrington Mortgage Loan Trust Series 2005-NC5 Asset Backed Pass-Through Certificates ("Secured Creditor") and hereby files this Objection to the Debtor's Amended Chapter 13 Plan. As grounds for said Objection, Secured Creditor states the following:

1. Secured Creditor is the holder of a mortgage encumbering the property located at *211 Church Street, Milton, MA 02186* (the "Property"), originally given by Hooman Ghazian to New Century Mortgage Corporation (the "Mortgage"). The Mortgage is dated May 26, 2005 and is recorded in Norfolk County Registry of Deeds in Book 22440, Page 27. Thereafter, the Mortgage was assigned to Secured Creditor. Carrington Mortgage Services, LLC ("Carrington") is the current servicer for this loan on behalf of the Secured Creditor.

2. The Mortgage secures a promissory note given by Hooman Ghazian to New Century Mortgage Corporation in the original principal amount of $402,750.00 (the "Note"). Secured Creditor or its custodian and/or agent is, as of the date hereof, in possession of the Note. Secured Creditor is an entity entitled to enforce the Note.

3. A Chapter 13 Petition was filed on February 16, 2022 by Fatima Ghazian (the "Debtor")[1].

4. The deadline to file Proofs of Claim in this case was April 27, 2022. On or about April 5, 2022, Secured Creditor filed a timely Proof of Claim [Claim No. 6-1] setting forth a total debt claim of $597,836.19 and a pre-petition arrearage claim of $91,016.94.

5. On or about September 19, 2022, the Debtor filed an Amended Chapter 13 Plan [Doc. No. 72]. Part 3 of the Debtor's Plan does not propose to pay any pre-petition arrears to Secured Creditor through the Plan, but does provide for the maintenance of ongoing post-petition mortgage payments directly to Secured Creditor as such payment come due during the pendency of this Chapter 13 case.

6. The Debtor's proposed Amended Chapter 13 Plan does not provide for the curing of Secured Creditor's pre-petition arrearage claim. In light of the Debtor's ownership interest in the Property (and notwithstanding that the Debtor is not an obligor on the Note), Secured Creditor asserts that the Debtor has no basis for proposing a Plan which fails to state the treatment of its pre-petition arrearage claim, specifically that it will be cured by virtue of the proposed Chapter 13 Plan and/or otherwise will be addressed by the Debtor and/or the non-debtor mortgagor.

7. As the proposed Amended Chapter 13 Plan fails to appropriately provide for the cure of the pre-petition arrears owed to Secured Creditor and/or the maintenance of post-petition payment obligations

---

[1] The Debtor has an ownership interest in the Property by virtue of the Quitclaim Deed recorded in Norfolk County Registry of Deeds in Book 39567, Page 548.

pursuant to the due date set forth in the Note, and per the explicit terms of the Note and Mortgage at issue, the proposed Plan violates 11 U.S.C.§ 1322(b)(5) of the Code.

    WHEREFORE, Secured Creditor respectfully requests that the Court:

(1)    Withhold confirmation of the Debtor's Amended Chapter 13 Plan until the Debtor files a further Amended Plan which addresses this Objection; and/or

(2)    Grant such other relief as the Court deems just and proper.

Dated: September 28, 2022

    Respectfully submitted,
Deutsche Bank National Trust Company, as Trustee
for Carrington Mortgage Loan Trust Series 2005-NC5
Asset Backed Pass-Through Certificates
By its attorney,

/s/ Marcus E. Pratt
Marcus E. Pratt, Esquire
BBO #684610
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re:<br>Fatima Ghazian | Case Number 22-10181-JEB<br>Chapter 13 |
|---|---|

**CERTIFICATE OF SERVICE**

I, Marcus E. Pratt, Attorney for **Deutsche Bank National Trust Company, as Trustee for Carrington Mortgage Loan Trust Series 2005-NC5 Asset Backed Pass-Through Certificates** hereby certify that on September 28, 2022 I electronically filed the foregoing *Objection to Debtor's Amended Chapter 13 Plan* with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

John Fitzgerald, Assistant U.S. Trustee
Carolyn Bankowski, Trustee
Robert Cabana, Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Fatima Ghazian
211 Church Street
Milton, MA 02186

/s/ Marcus E. Pratt
Marcus E. Pratt, Esquire
BBO #684610
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com