UNITED STATES BANKRUPTCY COURT

DISTRICT OF MASSACHUSETTS

EASTERN DIVISION

_____                                                                  Chapter 13

In re :                                                                                              Case No 22-10181 JEB

Fatima Ghazian

Debtor

_____

DEBTOR'S MOTION TO EXTEND TIME TO FILE AMENDED CHAPTER 13 PLAN AND MOTION TO AMEND

To the Honorable Janet E. Bostwick:

Now comes the Debtor FATIMA GHAZIAN, and, Respectfully Move this Honorable Court as follows:

1. The Debtor is FATIMA GHAZIAN

2. On 11/18/22 Debtor filed a This Honorable Court sustained objections by the Chapter 13 Trustee

3. and secured creditor, Deutsche National Bank as Trustee to the Amended Chapter 13 Plan

4. The Court gave a deadline of December 2, 2022 to file and serve an amended plan and Motion

5. to Amend.

6. The Debtor requests 6 extra days to file the amended plan and Motion. Debtor's attorney will be meeting with Debtor by Thursday December 8 to complete the process.

WHEREFORE THE DEBTOR RESPECTFULLY REQUESTS THAT THIS HONORABLE COURT EXTEND THE DEADLINE TO FILE AMENDED CHAPTER 13 PLAN AND THE MOTION TO AMEND FOR SIX DAYS OR UNTIL DECEMBER 8, 2022

DATE: December 6, 2022

For the Debtor, Fatima Ghazian

By and through her attorney

/s/Robert K. Cabana

---

Robert K. Cabana BBO 641881

1354 Hancock St., Suite 205

Quincy, MA 02169

617-405-4283

Rkc6068@aol.com

## CERTIFRICATE OF SERVICE

The undersigned, Robert K. Cabana, hereby certifies that a true copy of the following document: DEBTOR'S MOTION TO EXTEND TIME TO FILE AMENDED CHAPTER 13 PLAN AND MOTION TO AMEND This Sixth day of December, in the year 2022 on the following parties/ persons in interest by electronic means, fax or, first-class mail postage prepaid:

Assistant U.S. Trustee

John Fitzgerald

Office of the US Trustee

J.W. M.cCormack Post Office&. Courthouse

5 Post Office Sq., 10th Fl, Suite 1000

Boston, MA 02109

Trustee

Carolyn Bankowski-13-12

Chapter 13-12 Trustee Boston

P. O. Box 8250

GATEWAY ONE LENDING

175 NORTH RIVERVIEW DRIVE

ANAHEIM, CA 92808

Internal Revenue Service

Centralized Insolvency Operation

P O Box 7346

Philadelphia, PA-19101

CREDIT FIRST NATIONAL

PO BOX 8315:

CLEVELAND OH 45418-0315

FIRST PREMIER BANK

3820 NORTH LOUISE AVE.,

SIOUX, FALLS, io. 57101

CARRINGTON MORTGAGE SERVICES LLC

PO BOX 660586

DALLAS TEXAS 75266-0586

TOWN OF MILTQN

525 CANTON AVE

PO BOX 350

MILTON, MA-02186


For the Debtor

FATIMA GHAZIAN

By and through her attorney

/s/Robert K. Cabana

---

Robert K. Cabana

1354 Hancock St., Suite 206

Quincy, MA 02169

617-405-4283

Rkc6068@aol.com