UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 22-10181-JEB |
|---|---|
| Fatima Ghazian | Chapter 13 |

**ASSENTED TO MOTION TO CONTINUE HEARING ON
MOTION FOR RELIEF FROM STAY [DOC. NO. 104],
WITH REQUEST FOR EXPEDITED CONSIDERATION**

Now comes Deutsche Bank National Trust Company, as Trustee for Carrington Mortgage Loan Trust Series 2005-NC5 Asset Backed Pass-Through Certificates ("Secured Creditor") and respectfully requests that the hearing currently scheduled for Thursday, June 22, 2023 at 9:30AM be continued for an additional period of approximately thirty (30) days, or to some other date and time that the Court deems just and proper.

As grounds for said Motion, Secured Creditor states that the parties remain in the process of attempting to resolve this matter, but require additional time to continue with their communications as to same. The Debtor (through counsel) recently provided undersigned counsel for Secured Creditor with proof of additional funds tendered to be applied towards the outstanding post-petition mortgage arrears, which is currently being researched.

WHEREFORE, Secured Creditor respectfully requests that the hearing on this matter be continued for an additional period of approximately thirty (30) days.  Counsel for the Debtor, Attorney Steven Striffler, has assented to the filing of this Motion.  Secured Creditor acknowledges that this Motion is being filed untimely per MLBR 5071-1, but believes that a continuance of the hearing presently is warranted and is in the interest of judicial economy. In light of the untimeliness of this Motion, expedited consideration of same is respectfully requested.

[SIGNATURE ON NEXT PAGE]

20-037666 / BK02

Dated:  June 21, 2023

          Respectfully submitted,
          Deutsche Bank National Trust Company, as Trustee
          for Carrington Mortgage Loan Trust Series 2005-NC5
          Asset Backed Pass-Through Certificates
          By its attorney,

/s/ Marcus Pratt
Marcus Pratt, Esquire
BBO #684610
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| In Re: | Case Number 22-10181-JEB |
| Fatima Ghazian | Chapter 13 |

**CERTIFICATE OF SERVICE**

I, Marcus Pratt, Attorney for **Deutsche Bank National Trust Company, as Trustee for Carrington Mortgage Loan Trust Series 2005-NC5 Asset Backed Pass-Through Certificates** hereby certify that on June 21, 2023 I electronically filed the foregoing *Assented to Motion to Continue* with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

John Fitzgerald, Assistant U.S. Trustee
Carolyn Bankowski, Trustee
Steven Striffler, Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Fatima Ghazian
211 Church Street
Milton, MA 02186

Hooman Ghazian
211 Church Street
Milton, MA 02186

Tax Collector
Town of Milton, MA
525 Canton Avenue
Milton, MA 02186

Town of Milton, MA
P.O. Box 350
Milton, MA 02186

Water & Sewer Department
Town of Milton, MA
629 Randolph Avenue
Milton, MA 02186

/s/ Marcus Pratt
Marcus Pratt, Esquire
BBO #684610
Korde & Associates, P.C.
900 Chelmsford Street, Suite 3102
Lowell, MA 01851
Tel: (978) 256-1500
bankruptcy@kordeassociates.com

20-037666 / BK02