

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:  Fatima Ghazian

Debtor

Ch. 13
22-10181-PGC

## Order

**MATTER:**

#142 Motion filed by Debtor Fatima Ghazian to Amend Schedule A/B, Schedule C, [Re: #141 Amended Schedules-Creditor Matrix].

Granted. The deadline to object to the amended exemptions pursuant to Fed. R. Bankr. P. 4003(b)(1) is **December 5, 2025**.

Dated: 11/04/2025

By the Court,

/s/ Peter G. Cary

Peter G. Cary
United States Bankruptcy Judge
District of Massachusetts (by designation)