

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

| In re: | |
|---|---|
| Fatima Ghazian | Chapter 13 |
| | 22-10181-PGC |
| Debtor | |

## ORDER CONTINUING HEARING

**MATTER:**

#155 Assented To Motion filed by Debtor Fatima Ghazian to Continue Hearing [Re: #140 Chapter 13 Trustee's Motion for Order Dismissing Case]

Granted. The hearing is continued to **December 4, 2025, at 9:30 a.m.**

The Chapter 13 Trustee is responsible for: 1) serving a copy of this Order upon all parties entitled to notice; and 2) filing a certificate of such service by **November 7, 2025.** If the Trustee fails to serve this Order or file a certificate of service, the Court will take such action as is appropriate.

All participants and anyone else wishing to attend the hearing must do so by telephone and not in person. To appear telephonically, attendees must, no later than five minutes prior to the scheduled time of hearing, **dial (646) 828-7666, enter Meeting ID 161 504 6596 and Passcode 027 440** when prompted. To facilitate informal discussions similar to those that occur just prior to in-person hearings, the Court urges the parties to confer briefly at least 48 hours prior to the scheduled hearing.

Dated: 11/05/2025

By the Court,

/s/ Peter G. Cary

Peter G. Cary
United States Bankruptcy Judge
District of Massachusetts (by designation)