UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:   FATIMA GHAZIAN | Chapter 13 |
| Debtor | Case No: 22-10181-PGC |

NOTICE OF WITHDRAWAL OF
TRUSTEE'S MOTION FOR ORDER DISMISSING CASE

    Now comes Carolyn A. Bankowski, Standing Chapter 13 Trustee, and withdraws her Motion for Order Dismissing this case. As grounds therefore, the Trustee asserts that the grounds in the Motion have been satisfied.

Dated:  12/30/2025

Respectfully submitted,
Carolyn A. Bankowski
Standing Chapter 13 Trustee

By:/s/ Carolyn A. Bankowski
Carolyn A. Bankowski (BBO#631056)
Patricia A. Remer (BBO#639594)
Office of the Chapter 13 Trustee
PO Box 8250
Boston, MA  02114-0022
(617) 723-1313
13trustee@ch13boston.com

Certificate of Service

    The undersigned hereby certifies that a copy of the within Notice of Withdrawal by Chapter 13 Trustee of Motion for Order Dismissing Case was served upon Debtor's counsel via first class mail, postage prepaid, or by electronic notice, at the address set forth below.

Dated:  12/30/2025            /s/ Carolyn A. Bankowski

STEVEN R. STRIFFLER ESQ.
LAW OFFICES OF STEVEN R. STRIFFLER
21 MCGRATH HIGHWAY SUITE 301
QUINCY MA 02169